No. 83–1452. MARRESE ET AL. v. AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS. C. A. 7th Cir. Certiorari granted limited to Questions 1, 2, and 3 presented by the petition. JUS-

TICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this petition.